> Motion GRANTED.
> /s/ Aleta A. Trauger

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:25-cv-00858 |
| ) | District Judge Aleta Trauger |
| DAVID RAUSCH, ) | |
| Director of the Tennessee Bureau ) | |
| of Investigation, ) | JURY DEMAND |
| *in his official capacity,* ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

COMES NOW Plaintiff John Doe, by and through undersigned counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby respectfully requests this Honorable Court enter an Order allowing him to proceed in this action under the pseudonym "John Doe" and to enter a protective order barring the disclosure of his true name and other information that identifies him or his family members, directly or indirectly, and requiring that any documents containing such information be redacted or filed under seal.

In support of this motion, Mr. Doe relies upon the contemporaneously filed memorandum and the entire record in this case and states:

1. Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004).